IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JEWELS CONNECTION, INC., <br> Plaintiff, | ) <br> ) <br> ) |
| v. | ) Civil No. 1:20-cv-0364-TSE-MSN <br> ) |
| OROCLUB.COM, an internet domain name, <br> and JOHN DOE, <br> Defendants. | ) <br> ) <br> ) <br> ) |

ORDER

On August 10, 2020, United States Magistrate Judge Michael S. Nachmanoff entered a Report and Recommendation (the "Report") in this case, recommending that default judgment be entered in favor of Plaintiff Jewels Connection, Inc. and against Defendants OroClub.com and John Doe.

Upon consideration of the record and Judge Nachmanoff's Report, to which no objections have been filed, and having found no clear error,[1]

The Court **ADOPTS**, as its own, the findings of fact and recommendations of the United States Magistrate Judge, as set forth in the Report (Dkt. 20).

Accordingly,

It is hereby **ORDERED** that Plaintiff's Motion for Default Judgment (Dkt. 15) is **GRANTED**.[2]

---

[1] *See Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (in the absence of any objections to a magistrate's report, the court "need not conduct a *de novo* review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'").

[2] Plaintiff's Motion for Default Judgment only sought default as to Count I of the Complaint and

1

It is further **ORDERED** that judgment is **ENTERED** by default in favor of Plaintiff Jewels Connection, Inc. and against Defendants OroClub.com and John Doe on Count I of the Complaint (Dkt. 1).

It is further **ORDERED** that the Preliminary Injunction dated May 12, 2020 (Dkt. 13) is hereby converted into a **PERMANENT INJUNCTION**.

It is further **ORDERED** that Verisign, Inc. is **DIRECTED** to change the registrar of OroClub.com to GoDaddy.com, LLC, and GoDaddy.com, LLC is **DIRECTED** to return the registration and control of the domain name to Plaintiff.

It is further **ORDERED** that the Clerk of Court shall return to Plaintiff the $500 bond posted as security for the Preliminary Injunction (Dkt. 13).

It is further **ORDERED** that Counts II, III, IV, and V of the Complaint (Dkt. 1) shall be, and hereby are, **DISMISSED WITHOUT PREJUDICE**.

The Clerk of the Court is directed to enter Rule 58 judgment in accordance with this Order and to place this matter among the ended causes.

The Clerk is further directed to provide a copy of this Order to all counsel of record and to defendants at their last known email address, kf@zzy.cn.

Alexandria, Virginia
August 28, 2020

/s/
T. S. Ellis, III
United States District Judge

---

agreed to dismissal of the remaining counts, namely Counts II, III, IV, and V, without prejudice.

2